THE MEDICINES COMPANY, Plaintiff–Appellee,

v.

David J. KAPPOS, Undersecretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office, United States Patent and Trademark Office, Margaret A. Hamburg, Commissioner, United States Food and Drug Administration, United States Food and Drug Administration, Kathleen Sebelius, Secretary of Health and Human Services, and Department of Health and Human Services, Defendants,

v.

App Pharmaceuticals, LLC, Movant–Appellant,

and

United States, Intervenor.

No. 2010–1534.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2012.

Emily A. Evans, Christopher L. Robinson, Morrison & Foerster LLP, Palo Alto, CA, Deanne E. Maynard, Marc A. Hearron, Morrison & Foerster LLP, Washington, DC, Brian F. McMahon, Morrison & Foerster LLP, Los Angeles, CA, for Movant–Appellant.

Peter D. Keisler, Jeffrey P. Kushan, Lowell J. Schiller, Clinton Frederick Beck-

ner III, Sidley Austin LLP, Washington, DC, for Plaintiff–Appellee.

Edward Himmelfarb, Scott R. McIntosh, Department of Justice, Washington, DC, for Intervenor.

ON MOTION

*ORDER*

Upon consideration of the parties' agreed motion to dismiss the appeal pursuant to Fed. R.App. P. 42(b),\*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

\* We note that the parties' request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.